# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Jack Hain, plaintiff

v.

United States Department of the Navy, Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 08 3747 CW

TO: (Name and address of defendant)

United States Department of the Navy
General Counsel of the Navy
Navy Litigation Office
720 Kennon Street SE, Bldg 36 Room 233
Washington Navy Yard, DC 20374-5013

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jack Hain, in pro per
49 Hancock St.
San Francisco, CA 94114

an answer to the complaint which is herewith served upon you, within 60 JH, days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

HELEN L. ALMACEN

DATE AUG 5 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                                      Signature of Server

                                              _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure